**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **MARLA E. POSTON,** | § | |
| | § | |
| **Plaintiff** | § | |
| | § | |
| **v.** | § | **Civil Action No. 3:07-CV-0964-N (BH)** |
| | § | |
| **MICHAEL J. ASTRUE,** | § | |
| **COMMISSIONER OF SOCIAL** | § | |
| **SECURITY ADMINISTRATION,** | § | |
| | § | |
| **Defendant.** | § | |

## ORDER

After making an independent review of the pleadings, files and records in this case, and the Findings, Conclusions, and Recommendation of the of the United States Magistrate Judge, I am of the opinion that the Findings, Conclusions, and Recommendation of the Magistrate Judge are correct and they are adopted as the Findings and Conclusions of the Court.

It is therefore **ORDERED** that the *Plaintiff's Motion for Summary Judgment*, filed October 8, 2007, is hereby **DENIED**, the *Commissioner's Motion for Summary Judgment*, filed January 7, 2007, is hereby **GRANTED**, and the decision of the Commissioner is hereby **AFFIRMED.**

SIGNED October 3, 2008.

_____

DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE